JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEE ARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a business entity; form unknown; and DOES 1-25, Inclusive,<br><br>        Defendants. | CASE NO. 2:14-cv-06958-R-E<br><br>(Removed from Los Angeles County Superior Court – Case No. BC552778)<br><br>**ORDER ON STIPULATION OF DISIMSSAL WITH PREJUDICE**<br><br>Action Filed:   July 28, 2014<br>Trial Date:     July 28, 2015 |

    The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure  Each side is to be responsible for and bear its own costs and attorney's fees.

    IT IS SO ORDERED.

DATED: April 20, 2015

_____
Hon. Manuel L. Real
United States District Court Judge